ETHEL L. BUSING, as Administratrix, etc., of RICHARD B. ARRINGTON, Deceased, Respondent, v. UNION BLEACHERY, Appellant.— Order denying motion to set aside service of summons and complaint affirmed, with ten dollars costs and disbursements. No opinion. Young, Rich, Kapper, Lazansky and Hagarty, JJ., concur.

PASQUALE CAIZZA and Another, Respondents, v. FRANK V. KELLY, Public Administrator, etc., and Others, Defendants. LUCIANO MAROTTA, etc., Appellant. — The parties having stipulated in writing that this case may be decided by a court of four justices, the decision is as follows: Judgment unanimously affirmed, with costs. No opinion. Present — Young, Kapper, Lazansky and Hagarty, JJ.

OLAF CASPERSEN, Respondent, v. LA SALA BROS., INC., Appellant, and Another, Defendant.— The parties having stipulated in writing that this case may be decided by a court of four justices, the decision is as follows: Judgment unanimously affirmed, with costs. No opinion. Present — Young, Kapper, Lazansky and Hagarty, JJ.

CHARLES W. DANKER, as Administrator, etc., of AGNES DANKER, Deceased, Respondent, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— The parties having stipulated in writing that this case may be decided by a court of four justices, the decision is as follows: Order of the City Court of Yonkers precluding, as to certain matters, proposed examination of plaintiff before trial, affirmed, with ten dollars costs and disbursements. No opinion. Young, Kapper, Lazansky and Hagarty, JJ., concur.

FILIPPO DI COLA, as Administrator, etc., of ROCCO DI COLA, Deceased, Respondent, v. J. PITMAN COMPANY, Appellant.— The parties having stipulated in writing that this case may be decided by a court of four justices, the decision is as follows: Judgment and order unanimously affirmed, with costs. No opinion. Present — Young, Kapper, Lazansky and Hagarty, JJ.